In opposition, plaintiffs submitted the affidavit of a person who lived across the street from the subject property. The neighbor averred that he observed the dog chase plaintiff. He knew that the dog had been kept in the apartment of a tenant in the subject building for at least six months prior to the incident. The dog was often in the yard of the building and was never tied up. He had been chased by the dog on two prior occasions, his children had been chased by the dog, and he had observed the dog knock a young girl to the ground. He had warned the dog's owner to tie up the dog before it hurt someone.

Although plaintiffs thereby raised an issue of fact whether defendant, who visited the property once a week, knew of the presence of the dog, they did not raise an issue of fact whether defendant knew or should have known of the dog's vicious propensities (*see, Perry v Mikolajczyk,* 259 AD2d 987). Knowledge of the existence of the dog, in and of itself, "does not support the inference that [the landlord] knew of its vicious propensities" (*Yeostros v Jackson,* 258 AD2d 886, 887). There is no evidence from which to infer that the dog exhibited vicious propensities at a time when defendant was present on the property (*cf., Meyers v Haskins,* 140 AD2d 923, 924), nor is there any evidence that anyone communicated any complaints about the dog to defendant (*see, Southern v Valentine, supra; see also, Plue v Lent,* 146 AD2d 968, 969). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Kehoe and Balio, JJ.

■ DARLENE KRUMPEK et al., Appellants, v MILLFELD TRADING COMPANY, INC., et al., Respondents. (Appeal No. 1.) [710 NYS2d 234] —Appeal unanimously dismissed without costs (*see,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Bifurcate Trial.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Kehoe and Balio, JJ.

■ DARLENE KRUMPEK et al., Appellants, v MILLFELD TRADING COMPANY, INC., et al., Respondents. (Appeal No. 2.) [708 NYS2d 680] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Set Aside Verdict.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Kehoe and Balio, JJ.

■ DARLENE KRUMPEK et al., Appellants, v MILLFELD TRADING COMPANY, INC., et al., Respondents. (Appeal No. 3.) [709 NYS2d 265] —Judgment unanimously affirmed without costs.